Sherwin BROWN, Appellant,

v.

SUNAMERICA, INC.; SunAmerica Securities, Inc., Appellees.

No. 04–1914.

United States Court of Appeals, Eighth Circuit.

Submitted: April 28, 2005.

Decided: May 3, 2005.

Sherwin Brown, St. Paul, MN, pro se.

Lora Esch Mitchell, Fredrikson & Byron, Minneapolis, MN, for Appellee.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Sherwin Brown appeals the district court's [1] orders (in two civil actions he brought) denying his motion to vacate an arbitration award, confirming the award, and granting summary judgment to defendants. Having carefully reviewed the record, we conclude that the district court did not err in confirming the arbitration award or in granting summary judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.